**Fill in this information to identify the case:**

Debtor name   **Coconut Breeze Cuisine Incorporated**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **26-10640-DJB**

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Fox Funding Group LLC**
Creditor's Name

**803 S 21st Ave
Hollywood, FL 33020**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/31/2025**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| | | |
|---|---|---|
| Describe debtor's property that is subject to a lien **All accounts and proceeds of Debtor** | **$27,193.18** | **Unknown** |

Describe the lien
**Commercial Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** **Pennsylvania Department of Revenue**
Creditor's Name

**Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

| | | |
|---|---|---|
| Describe debtor's property that is subject to a lien **Business assets of Debtor** | **$252,180.86** | **Unknown** |

Describe the lien
**Statutory Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Debtor   **Coconut Breeze Cuisine Incorporated**
Name

Case number (if known)   **26-10640-DJB**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3**   **PIDC Community Capital**
Creditor's Name

**1500 Market Street West
Philadelphia, PA 19102**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/26/2024**
**Last 4 digits of account number**
**0101**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Business assets of Debtor**

**Describe the lien**
**Commercial Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$115,085.69**     **Unknown**

---

**2.4**   **Recovery Solutions Group, LLC**
Creditor's Name

**1008 Mattlind Way
Milford, DE 19963**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/16/2019**
**Last 4 digits of account number**
**4168**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Susbtantially all business assets of Debtor**

**Describe the lien**
**Commercial Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$13,309.74**     **Unknown**

---

**2.5**   **Simply Funding LLC**
Creditor's Name

**Attn: First Corporate Solutions
914 S Street
Sacramento, CA 95811**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Certain future receivables**

**Describe the lien**
**Commercial Lien**

**Unknown**     **Unknown**

---

Debtor  **Coconut Breeze Cuisine Incorporated**  Case number (if known)  **26-10640-DJB**

_____  Name

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **The Funding Bull** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**All deposit accounts and accounts receivable**

**250 Carteret St.
Staten Island, NY 10307**

Creditor's mailing address

**Describe the lien**

**Commercial Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **U.S. Small Business Administration** | **Describe debtor's property that is subject to a lien** | **$500,084.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Susbtantially all business property of Debtor**

**CESC - COVID EIDL Service Center
14925 Kingsport Road
Fort Worth, TX 76155**

Creditor's mailing address

**Describe the lien**

**Commercial Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7804**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Coconut Breeze Cuisine Incorporated** | Case number (if known) | **26-10640-DJB** |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **UCWest Chestnut LLC** | Describe debtor's property that is subject to a lien | **$156,559.77** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Attn: James D'Arcangelo, Esq.**
**20 Ash Street, Suite 320**
**Conshohocken, PA 19428**

Creditor's mailing address

**Describe the lien**
**Commercial Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **WebBank** | Describe debtor's property that is subject to a lien | **$23,197.39** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Attn: Toast Capital**
**333 Summer Street**
**Boston, MA 02210**

Creditor's mailing address

**Debtor's right, title, and interest in and to all accounts receivable**

**Describe the lien**
**Commercial Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**capital@toasttab.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**7/31/2025**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$1,087,610.63** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor  **Coconut Breeze Cuisine Incorporated**                    Case number (if known)    **26-10640-DJB**
Name

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Mulligan Funding LLC**<br>**Attn: Accounting Dept.**<br>**4715 Viewridge Ave.**<br>**San Diego, CA 92123** | Line __2.4__ | |
| **U.S. Small Business Administration**<br>**2 North Street, Suite 320**<br>**Birmingham, AL 35203** | Line __2.7__ | |