**Fill in this information to identify the case:**

Debtor name   **Coconut Breeze Cuisine Incorporated**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **26-10640-DJB**

■ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Fitzpatrick Coleman** | **232 High Street Sharon Hill, PA 19079** | **PIDC Community Capital** | ■ D  **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Fitzpatrick Coleman** | **232 High Street Sharon Hill, PA 19079** | **The Funding Bull** | ■ D  **2.7**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Fitzpatrick Coleman** | **232 High Street Sharon Hill, PA 19079** | **Recovery Solutions Group, LLC** | ■ D  **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Irie Entree LLC** | **4001 Chestnut St Philadelphia, PA 19104** | **PIDC Community Capital** | ■ D  **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Irie Entree LLC** | **4001 Chestnut St Philadelphia, PA 19104** | **Fox Funding Group LLC** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Coconut Breeze Cuisine Incorporated** | Case number *(if known)* | **26-10640-DJB** |
|--------|------------------------------------------|--------------------------|------------------|

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|--------------------------|--------------------------|