**Fill in this information to identify the case:**

Debtor name   **Coconut Breeze Cuisine Incorporated**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **26-10640-DJB**

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................. $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................. $      **528,868.44**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................... $      **528,868.44**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $      **1,087,610.63**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $      **7,316.42**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$      **6,905.68**

4.  **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b      $      **1,101,832.73**