# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    **Coconut Breeze Cuisine Incorporated**        Case No.    **26-10640-DJB**

Debtor(s)        Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    4/22/2026

DocuSigned by:

*Fitzpatrick Coleman*

5AE577A83E054B7

**Fitzpatrick Coleman**/**President**

Signer/Title

Docusign Envelope ID: 256200F6-1336-882B-832B-983555450E69

Fox Funding Group LLC
803 S 21st Ave
Hollywood, FL 33020