# Appendix "A"

## COCONUT BREEZE CUISINE INCORPORATED
### 60-Week Plan of Reorganization — Projected Disposable Income
*United States Bankruptcy Court, Eastern District of Pennsylvania | Case No. 26-10640-DJB | Chapter 11 Subchapter V*

**Period: May 1, 2026 – June 30, 2027 (60 Weeks / 14 Months)**

| CATEGORY | Month 1 May-26 | Month 2 Jun-26 | Month 3 Jul-26 | Month 4 Aug-26 | Month 5 Sep-26 | Month 6 Oct-26 | Month 7 Nov-26 | Month 8 Dec-26 | Month 9 Jan-27 | Month 10 Feb-27 | Month 11 Mar-27 | Month 12 Apr-27 | Month 13 May-27 | Month 14 Jun-27 | 60-WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **I. REVENUE** | | | | | | | | | | | | | | | |
| Gross Sales / Revenue | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 700,000.00 |
| **TOTAL REVENUE** | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 | $ 700,000.00 |
| **II. COST OF GOODS SOLD** | | | | | | | | | | | | | | | |
| Food & Beverage Inventory | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 350,000.00 |
| **TOTAL COST OF GOODS SOLD** | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 350,000.00 |
| **GROSS PROFIT** | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 350,000.00 |
| **III. OPERATING EXPENSES** | | | | | | | | | | | | | | | |
| Salaries & Wages | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 140,000.00 |
| Payroll Taxes | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 14,000.00 |
| Accounting & Payroll Service | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 7,000.00 |
| Rent | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 28,000.00 |
| Utilities (Electric/Phone/Water/Waste) | $ 2,378.00 | $ 2,378.00 | $ 2,378.00 | $ 2,378.00 | $ 2,378.00 | $ 2,378.00 | $ 2,378.00 | $ 2,378.00 | $ 2,378.00 | $ 2,378.00 | $ 2,378.00 | $ 2,378.00 | $ 2,378.00 | $ 2,378.00 | $ 33,292.00 |
| Insurance | $ 278.00 | $ 278.00 | $ 278.00 | $ 278.00 | $ 278.00 | $ 278.00 | $ 278.00 | $ 278.00 | $ 278.00 | $ 278.00 | $ 278.00 | $ 278.00 | $ 278.00 | $ 278.00 | $ 3,892.00 |
| Credit Card Processing Fees | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 21,000.00 |
| Advertising & Marketing | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 7,000.00 |
| Repairs & Maintenance | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 7,000.00 |
| Supplies | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 14,000.00 |
| Auto / Fuel | $ 243.00 | $ 243.00 | $ 243.00 | $ 243.00 | $ 243.00 | $ 243.00 | $ 243.00 | $ 243.00 | $ 243.00 | $ 243.00 | $ 243.00 | $ 243.00 | $ 243.00 | $ 243.00 | $ 3,402.00 |
| Software & Technology | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 2,800.00 |
| Bank Fees | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 140.00 |
| Office | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 2,800.00 |
| Subchapter V Trustee Fee | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 21,000.00 |
| **TOTAL OPERATING EXPENSES** | $ 21,809.00 | $ 21,809.00 | $ 21,809.00 | $ 21,809.00 | $ 21,809.00 | $ 21,809.00 | $ 21,809.00 | $ 21,809.00 | $ 21,809.00 | $ 21,809.00 | $ 21,809.00 | $ 21,809.00 | $ 21,809.00 | $ 21,809.00 | $ 305,326.00 |
| **NET DISPOSABLE INCOME AVAILABLE FOR PLAN** | $ 3,191.00 | $ 3,191.00 | $ 3,191.00 | $ 3,191.00 | $ 3,191.00 | $ 3,191.00 | $ 3,191.00 | $ 3,191.00 | $ 3,191.00 | $ 3,191.00 | $ 3,191.00 | $ 3,191.00 | $ 3,191.00 | $ 3,191.00 | $ 44,674.00 |
| **IV. CUMULATIVE DISPOSABLE INCOME (Running Total)** | | | | | | | | | | | | | | | |
| **Cumulative Net Disposable Income** | $ 3,191.00 | $ 6,382.00 | $ 9,573.00 | $ 12,764.00 | $ 15,955.00 | $ 19,146.00 | $ 22,337.00 | $ 25,528.00 | $ 28,719.00 | $ 31,910.00 | $ 35,101.00 | $ 38,292.00 | $ 41,483.00 | $ 44,674.00 | $ 44,674.00 |