**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | :    **Chapter 11** |
| | : |
| **COCONUT BREEZE CUISINE** | :    **Case No. 26-10640-DJB** |
| **INCORPORATED,** | :    **(Jointly Administered)[1]** |
| | : |
| **Debtor.** | : |
| | : |

### ORDER

**AND NOW**, Coconut Breeze Cuisine Incorporated (the "Debtor") has elected to proceed with this case under Chapter 11, Subchapter V of Title 11 of the United States Code, and the Debtor's proposed plan of reorganization having been filed on May 19, 2026 (D.I. #___) (the "Plan")[2] **IT IS HEREBY ORDERED** that the following dates and deadlines will govern the procedure of this case:

1.      **Confirmation Hearing.** The Court shall hold a hearing on confirmation of the Plan on _____,2026, at __:__ _.m..

2.      **Objections to Plan.** _____, 2026, is the deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1). *Any party in interest objecting to the Plan, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Scheduling Order and the applicable rules.*

3.      **Acceptance or Rejection of the Plan.** _____, 2026, is the deadline for holders of claims and interests to accept or reject the Plan.

---

[1] On March 16, 2026, the Court entered an order directing the joint administration of the above-captioned case and *In re Irie Entree LLC*; Case No. 26-10642-DJB. (D.I. #39).

[2] Capitalized terms contained here, but not otherwise defined, shall be given the same meaning as given in the Plan.

4.      **Service of Plan Documents.** On or before _____, 2026, the Debtor

shall serve a copy of this Scheduling Order, and a ballot conforming to Official Form 314 (Class

Ballot for Accepting or Rejecting Plan of Reorganization), and the Plan, on all creditors, equity

security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee,

as provided in Federal Rule of Bankruptcy Procedure 3017.2(d). The Debtor's attorney shall

thereafter promptly file a certificate of service with the Court.

_____
Honorable Derek J. Baker
United States Bankruptcy Judge

Dated:

2