**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **In re:** | : |
| | : **Chapter 11** |
| | : |
| **COCONUT BREEZE CUISINE** | : **Case No. 26-10640-DJB** |
| **INCORPORATED,** | : **(Jointly Administered)[1]** |
| | : |
| **Debtor.** | : |
| | : |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION
OF COCONUT BREEZE CUISINE INCORPORATED AND IRIE ENTREE LLC TO
EMPLOY GREEN, SILVERSTEIN & GROFF, LLC AS LIQUOR LICENSE COUNSEL**

The undersigned hereby certifies that, as of May 19, 2026, Debtors, Coconut Breeze Cuisine Incorporated and Irie Entree LLC (collectively the "Debtors"), have received no answer, objection or other responsive pleading to their application for an order authorizing the employment of Green, Silverstein & Groff, LLC ("GSG"), as their Liquor License Counsel (the "Application") (D.I. #101) filed on May 11, 2026.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to Notice of Application filed on May 11, 2026 (D.I. #102), objections to the Application were to be filed and served within seven days (7), or no later than May 18, 2026.

[*Remainder of this page intentionally left blank.*]

---

[1] On March 16, 2026, the Court entered an order directing the joint administration of the above-captioned case and *In re Irie Entree LLC*; Case No. 26-10642-DJB. (D.I. #39).

It is hereby respectfully requested that the Order Granting Application, attached hereto as

Exhibit A, be entered at the earliest convenience of the Court.


Dated: May 19, 2026                   By: */s/ Edmond M. George*
                                        Edmond M. George, Esquire
                                        Michael D. Vagnoni, Esquire
                                        William F. Saldutti IV, Esquire (*pro hac vice*)
                                        OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                        Centre Square West
                                        1500 Market Street, Suite 3400
                                        Philadelphia, PA 19102
                                        (215) 665-3140 – Phone
                                        (215) 665-3165 – Facsimile
                                        Email: edmond.george@obermayer.com
                                                     michael.vagnoni@obermayer.com
                                                     william.saldutti@obermayer.com

                                        *Counsel to Debtors, Coconut Breeze Cuisine*
                                        *Incorporated and Irie Entree LLC*

2